UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number:08-10113-CIV-MARTINEZ-WHITE**

ROBERT MICHAEL SHEPARD,
    Plaintiff,

vs.

ATTORNEY MICHAEL STRICKLAND, DETECTIVE DONALD DALTON, DEPUTY RYAN COWART,
    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's pro se prisoner civil rights case. The Magistrate Judge filed a Report (D.E. No. 4), recommending that this case be dismissed for lack of prosecution. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 4)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This case is **DISMISSED without prejudice** for failure to prosecute.
2. This case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of March, 2009.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record